IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 95-10918
Conference Calendar

———————————

FRANKIE LEE HOGG,

Plaintiff-Appellant,

versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:95-CV-16-C
- - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Frankie Lee Hogg appeals the district court's grant of summary judgment in favor of the defendant in his civil rights complaint under 42 U.S.C. § 1983. This court reviews the district court's grant of summary judgment de novo. Weyant v. Acceptance Ins. Co., 917 F.2d 209, 212 (5th Cir. 1990). We determine that the district court did not err in granting summary judgment in favor of the defendant on Hogg's claim that his prison trust fundaccount had been improperly seized.

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

This appeal is frivolous.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  <u>See</u> 5th Cir. Rule 42.2.

Hogg is cautioned that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Hogg is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING.